FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

ENT    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY S. WILLIE, | Case No. CV 08-06580 RSWL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES WALKER, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: October 28, 2008

/ s /
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 29 2008
CENTRAL DISTRICT OF CALIF.
BY